| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MIRTA NEGRETE,                        §
                                      §
      Plaintiff,              §
                                      §
versus                                §  CIVIL ACTION NO. 1:17-CV-370
                                      §
WAL-MART STORES TEXAS, L.L.C.,        §
                                      §
      Defendant.             §

## ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Voluntary Dismissal (#20), filed June 15, 2018, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 15th day of June, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE